UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60112-CIV-ZLOCH

EMPRESA AEREA DE SERVICIOS Y FACI- :
LITACION LOGISTICA INTEGRAL, S.A.,
d/b/a EASYFLY, S.A., a Colombian   :
corporation,
                                   :
          Plaintiff,
                                   :
v.
                                   :
BLACK LION AVIATION CORP., et al   :

          Defendants.              :
                                   :

**NOTICE OF VOLUNTARY DISMISSAL AS TO
DEFENDANTS, GREG DUNN AND JEFFREY BLACK**

NOTICE IS HEREBY GIVEN that plaintiff, Empresa Aerea de Servicios Y Facilitacion Logistica Integral, S.A., dismisses this action with prejudice as to defendants Greg Dunn and Jeffrey Black, only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), but reserving all of plaintiff's rights against the remaining defendant herein. This matter remains pending against defendant, Black Lion Aviation Corp.

                        HOFFMAN & HERTZIG, P.A.
                        Attorneys for Plaintiff
                        901 Ponce de Leon Blvd., Suite 500
                        Coral Gables, FL 33134
                        TEL: 305-445-3100 x104
                        FAX: 305-444-5656

                        By  /S/ Carl H. Hoffman
                            Carl H. Hoffman
                               FBN: 118997

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Carl H. Hoffman
CARL H. HOFFMAN

**SERVICE LIST**

EMPRESA AEREA, etc. v. BLACK LION AVIATION CORP., et al.
Case No. 10-60112
United States District Court, Southern District of Florida

Ravi Batta, Esq.
ravi@rslawpa.com
ROSENFELD STEIN BATTA, P.A.
11900 Biscayne Blvd., Suite 505
Miami, Florida 33181
Telephone: 305-895-6680
Facsimile: 305-895-6682
Attorneys for Defendant Dunn
Served by CM/ECF Electronic Filing

C. David Tangora, Esq.
tangoralaw@bellsouth.net
C. DAVID TANGORA, P.A.
200 S.E. 18th Court
Fort Lauderdale, FL 33316
Attorneys for Defendants Black Lion & Black
Served by CM/ECF Electronic Filing