UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60112-CIV-ZLOCH

EMPRESA AEREA DE SERVICIOS
Y FACILITACION LOGISTICA
INTEGRAL, S.A., d/b/a
EASYFLY, S.A., a Colombian
corporation,

      Plaintiff,

vs.

BLACK LION AVIATION CORP., et al,

      Defendants.
_____/

**CONSENT FINAL JUDGMENT AS TO DEFENDANT BLACK LION AVIATION CORPORATION**

    THIS MATTER is before the Court upon the Stipulation For Entry Of Final Judgment Against Black Lion Aviation Corp. (DE 28) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation For Entry Of Final Judgment Against Black Lion Aviation Corp. (DE 28) be and the same is hereby approved, adopted and ratified; and

    2. Final Judgment is hereby entered in favor of Plaintiff Empresa Aerea De Servicios Y Facilitacion Logistica Integral, S.A. and against Defendant Black Lion Aviation Corp., in the amount of Two Hundred And Fifty Thousand Dollars ($250,000.00) for all of

which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of November, 2010.

　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel and Parties of Record